Official Business
Penalty for Private Use, $300

PRESORTED
FIRST-CLASS MAIL
Postage and Fees Paid
Internal Revenue Service
PERMIT NO. G-48

RECEIVED

DEC 17 2024

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

